UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| | : | |
| BIRCH SWAMP ROAD SITE | : | C.A. No. 07-137ML |
| Birch Swamp Road | : | |
| Warren, Rhode Island | : | |

TO: Any authorized employee, representative, contractor or subcontractor of the United States Environmental Protection Agency and any United States Marshal for the District of Rhode Island

The Ex Parte Application for an Administrative Warrant, submitted on behalf of the United States Environmental Protection Agency ("EPA"), demonstrates sufficient justification for entry onto and remaining on the following property (the "Property" or "Site"):

> All property known as the Birch Swamp Road Site. The Property is located off of Birch Swamp Road in Warren, Rhode Island. The Property consists of approximately 15.8 acres, and is identified as Lot No. 4 on Assessors Plat No. 22, by Warranty Deed recorded in Book 103, Page 566 on September 18, 1967 at the Warren, Rhode Island Town Clerk's Office.

This entry of authorized by Section 104(e) of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9604(e), and is for the purpose of conducting response activities pursuant to Sections 104(a) and 104(b) of CERCLA, 42 U.S.C. § 9604(a) and (b). The response activities to be taken at the Site include, but are not limited to, entry, inspection, collection of information, taking samples and copying of documents as authorized by Section 104(e) of CERCLA, 42 U.S.C. § 9604(e). These activities are necessary to investigate, evaluate and address the release or threat of release of suspected hazardous substances at the Site.

YOU ARE HEREBY AUTHORIZED TO: Enter on and into, move about, remain on or about, and re-enter as necessary, the Property, as described above, located off of Birch Swamp Road in Warren, Rhode Island, at all reasonable times for the purpose of conducting the following response actions authorized by Section 104(a), (b) and (e) of CERCLA, 42 U.S.C. § 9604(a), (b) and (e):

1. Obtaining samples from/of, and/or conducting analyses of containers, soil, sediment, water and air at the Site, as appropriate, including from both the surface of these media and at depth; and

2. Reviewing and copying any documentation regarding materials including hazardous substances, pollutants or contaminants, or hazardous wastes that were generated, treated, stored or disposed of at the Site.

ACCORDINGLY, IT IS ORDERED:

All owners, occupants and persons in control of the Site shall permit the persons specified above to enter the premises for the purpose specified above.

A copy of this Warrant shall be delivered to the occupant, if any, of the Property at the time of initial entry. If no occupant is present, a copy of this Warrant shall be left at the Property at the time of initial entry. A copy of this Warrant shall also be provided to the owner of the Property before, or reasonably promptly after, the time of initial entry by delivering a copy to his Barrington, Rhode Island place of residence.

The duration of this Warrant shall be of such reasonable length as to enable EPA personnel or their agents to complete satisfactorily those actions specified above and authorized by Section

104(a), (b) and (e) of CERCLA, 42 U.S.C. § 9604(a), (b) and (e), but in no event longer than ninety (90) days from the date hereof.

The United States Marshal is authorized to assist EPA in such manner as may be reasonably necessary and appropriate to execute this Warrant and all provisions contained herein.

A prompt return of this Warrant shall be made to this Court showing that the Warrant has been executed and that the entry has been completed within the specified time period above.

Dated this 24th day of April, 2007.

LINCOLN D. ALMOND
United States Magistrate Judge