IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | C.A. No. 07-137ML |
| BIRCH SWAMP ROAD SITE | ) | |
| Birch Swamp Road | ) | |
| Warren, Rhode Island | ) | |

**RETURN OF WARRANT**

On April 24, 2007, the Honorable Lincoln D. Almond issued the enclosed Warrant, Exhibit 1 to this Return, authorizing the United States Environmental Protection Agency and its representatives to gain access to the property known as the Birch Swamp Road Site, located off of Birch Swamp Road in Warren, Rhode Island, for the purpose of conducting response activities pursuant to Section 104(a) and (e) of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9604(a) and (e). The terms of the Warrant directed that the United States return it to the Court and show that it had been executed and entry completed in the specified time period – ninety (90) days. The Declaration of Mia Pasquerella, submitted herewith as Exhibit 2 to this Return, demonstrates that the Warrant was executed on June 8, 2007 and entry completed on July 12, 2007.

WHEREFORE, the United States respectfully files with the Court this Return of Warrant

and returns to the Court the Warrant signed on April 24, 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

Date: 8/30/07

Bethany Engel

BETHANY ENGEL
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 514-6892

ROBERT CLARK CORRENTE
United States Attorney

TERRENCE DONNELLY
Assistant U.S. Attorney
District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5045

OF COUNSEL:

JOHN HULTGREN
Enforcement Counsel
U.S. Environmental Protection Agency
One Congress Street
Boston, MA 02114-2023
(617) 918-1761