IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | NO: 1:07-CV-00137-ML-LDA |
| BIRCH SWAMP ROAD SITE | ) | |
| Birch Swamp Road | ) | |
| Warren, Rhode Island | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record, please enter the appearance of Marc Borodin as counsel for Plaintiff, the United States of America, in this *ex parte* matter.

Dated: July 29, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources
Division

/s/ Marc Borodin
MARC BORODIN
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources
Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-2756
Facsimile: (202) 616-2427
E-mail: marc.borodin@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July 2008, a copy of the foregoing Notice of Appearance was served by way of first-class mail, postage prepaid on:

Mr. Amilio Zompa
23 County Road
Barrington, Rhode Island, 02806-4502

Mr. Joseph Fortin
45 Birch Swamp Road
Warren, Rhode Island 02885-1000

/s/ Marc Borodin

MARC BORODIN
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-2756
Facsimile: (202) 616-2427
E-mail: marc.borodin@usdoj.gov